UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PEDRO RODRIGUEZ, | ) | 3:17-CV-0205-MMD-CBC |
| Plaintiff, | ) | **MINUTE ORDER** |
| vs. | ) | February 20, 2019 |
| JAMES DZURENDA, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE CARLA BALDWIN CARRY, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to enlarge time (ECF No. 43) is **GRANTED**. Plaintiff shall have to and including **Monday, February 25, 2019** to file an opposition to defendants' motion to dismiss and/or motion for summary judgment (ECF No. 37).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk