**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| PEDRO RODRIGUEZ, | ) | 3:17-CV-0205-MMD-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 30, 2020 |
| JAMES DZURENDA, | ) | |
| Defendant. | ) | |

PRESENT:  <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>     LISA MANN     </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for expedited *in camera* inspection of supplemental discovery records (ECF No. 105). Any response to this motion was due by June 17, 2020. No response was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion . . . shall constitute a consent to the granting of the motion.

Therefore, plaintiff's motion for expedited *in* camera inspection of supplemental discovery (ECF No. 105) is **GRANTED**. On or before **Friday, July 10, 2020**, defendant shall produce to the court, *in camera,* an unredacted version of the minutes of the meeting of the Religious Review Team dated December 16, 2015.

Plaintiff's response to defendant's motion for summary judgment is hereby extended to fourteen days following the court's order concerning the review of the *in camera* documents.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:<u>          /s/          </u>
Deputy Clerk