AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
MANDANA DIVANBEIKI, Bar No. 14862
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendant*
*James Dzurenda*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA,<br><br>        Defendant. | Case No.  3:17-cv-00205-MMD-CLB<br><br>**NOTICE OF REQUEST TO WITHDRAW MOTIONS TO CONTINUE EARLY MEDIATION (SETTLEMENT) CONFERENCE AND TO EXTEND THE DEADLINE FOR EARLY MEDIATION (SETTLEMENT) CONFERENCE STATEMENT (ECF NOS. 129 AND 130)** |

      Defendant, James Dzurenda, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas Rands, Senior Deputy Attorney General, hereby notifies the Court that he is requesting the Court withdraw, from consideration, the Motions to Continue Early Mediation (Settlement) Conference and to Extend the Deadline for Early Mediation (Settlement) Conference Statement (ECF Nos. 129 and 130).  On April 24, 2021, this office filed the Motion to Continue the Settlement Conference in this matter, scheduled for May 11, 2021.  The stated cause for the Motion was a conflict at Ely State Prison with two hearings scheduled for the same time.  The Motion was filed without notifying senior staff at this office.

      When counsel became aware of the Motion, he contacted Ely State Prison, and in discussion with the Warden, confirmed that arrangements could be made so that this Settlement Conference could proceed as scheduled.  The Office of the Attorney General apologizes for this Motion, and requests that the settlement conference proceed as planned.  The senior staff will reinforce the importance of these

hearings and will ensure that any further motions for extension of time are only filed when there is no alternative available.

DATED this 28th day of April, 2021.

AARON D. FORD
Attorney General

By:  /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated:  April 29, 2021

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 28th day of April, 2021 I caused to be served a copy of the foregoing, **NOTICE OF REQUEST TO WITHDRAW MOTIONS TO CONTINUE EARLY MEDIATION (SETTLEMENT) CONFERENCE AND TO EXTEND THE DEADLINE FOR EARLY MEDIATION (SETTLEMENT) CONFERENCE STATEMENT (ECF NOS. 129 AND 130)** by U.S. District Court CM/ECF Electronic Filing to:

Pedro Rodriguez, #59114
Ely State Prison
P.O. Box 1989
Ely, NV 89301
esp_lawlibray@doc.nv.gov

/s/ Roberta W. Bibee
An employee of the
Office of the Attorney General