AARON D. FORD
 Attorney General
MANDANA DIVANBEIKI, (Bar No. 14862)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
(702) 486-3192 (phone)
(702) 486-3773 (fax)
E-mail: mdivanbeiki@ag.nv.gov

*Attorneys for Defendant
James Dzurenda*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA,<br><br>　　　　Defendant. | Case No. 3:17-cv-00205-MMD-CLB<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant, James Dzurenda, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mandana Divanbeiki, Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs and fees.

///

///

///

This stipulation is made following the May 11, 2021, Settlement Conference. The Parties further state that they have resolved this matter in its entirety and that the Court may accordingly close the case.

DATED this 12 day of May, 2021

_____ #59114
PEDRO RODRIGUEZ
Plaintiff, *Pro Se*

DATED this 13th day of May, 2021

AARON D. FORD
Attorney General

By: _____
MANDANA DIVANBEIKI, (SBN 14862)
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED May 13, 2021,

_____
UNITED STATES DISTRICT JUDGE